IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| AUTUMN RINGER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CARRUTH COMPLIANCE CONSULTING, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00119-HL<br><br>**ORDER GRANTING JOINT MOTION TO APPOINT CO-LEAD COUNSEL** |
| JUSTIN HOGUE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CARRUTH COMPLIANCE CONSULTING, INC.,<br><br>    Defendant. | Case No. 2:25-cv-00214-HL |

WHEREAS, Plaintiffs Autumn Ringer and Justin Hogue ("Plaintiffs") jointly move, pursuant to Federal Rule of Civil Procedure 42, to consolidate the related actions, *Ringer v. Carruth Compliance Consulting, Inc.*, No. 2:25-cv-00119-HL, and *Hogue v. Carruth Compliance Consulting, Inc.*, No. 2:25-cv-00214-HL ("Hogue") (together, the "Related Actions"), and

WHEREAS, pursuant to Federal Rule of Civil Procedure 23(g)(3), Plaintiffs moved for the appointment of Interim Co-Lead Class Counsel,

WHEREAS, Defendant Carruth Compliance Consulting, Inc. has taken no position on Plaintiffs' Motion to Consolidate or to appoint Interim Co-Lead Class Counsel,

WHEREAS, the Court has carefully reviewed the motion and exhibits attached thereto, as well as all files, records, and prior proceedings to date in this matter, and good cause appearing based on the record, it is hereby **ORDERED** that:

1. Related Matters *Ringer v. Carruth Compliance Consulting, Inc.*, No. 2:25-cv-00119-HL and *Hogue v. Carruth Compliance Consulting, Inc.*, No. 2:25-cv-00214-HL shall be consolidated for all purposes. The *Ringer* case is designated as the lead case. All papers filed in the Consolidated Action shall be filed under Case No. 2:25-cv-00119-HL and shall bear the following caption:

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| In re: Carruth Compliance Consulting, Inc. Data Security Incident | Lead Case No. 2:25-cv-00119-HL |

2. All future-filed or transferred actions that are related to the Consolidated Action pursuant to Federal Rule of Civil Procedure 42 (in that they are based on the same or similar facts and circumstances) shall be consolidated into the Consolidated Action.

3. All pending deadlines and hearings in the *Ringer* and *Hogue* actions are struck;

4. Defendant need not file a response to the current complaints in *Hogue* and *Ringer*;

5. Tousley Brain Stephens PLLC, Kopelowitz Ostrow P.A., and Federman & Sherwood shall serve as Interim Co-Lead Class Counsel;

    a. Interim Co-Lead Class Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

    b. Interim Co-Lead Class Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, settlement discussion, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiff except through Co-Lead Counsel;

    c. Defendant's counsel may rely upon all agreements made with Interim Co-Lead Class Counsel, or other duly authorized representative of Interim Co-Lead Class Counsel, and such agreements shall be binding on all Plaintiffs;

6. Initial deadlines for the Consolidated Action are as follows:

    a. Interim Co-Lead Class Counsel shall file a Consolidated Complaint no later than 30 days following entry of this Order;

b.  Defendant shall file an answer or otherwise respond to the Consolidated Complaint within 60 days of the filing of the Consolidated Complaint.

**IT IS SO ORDERED**.

Dated: March 6, 2025

_____
Andrew D. Hallman
United States Magistrate Judge